UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 8:25-cv-01585 |
| ) | |
| **ENTERPRISE RAC COMPANY** ) | |
| **OF MARYLAND, LLC** ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**NOTICE OF APPEARANCE OF MICAH E. TICATCH**

PLEASE TAKE NOTICE that Micah E. Ticatch of the law firm of IslerDare, P.C., who is a member in good standing of the Maryland Bar and of this Court, hereby enters his appearance in the above-titled action on behalf of Defendant Enterprise RAC Company of Maryland, LLC.

Date: May 16, 2025

Respectfully submitted,

*/s/ Micah E. Ticatch*
Micah E. Ticatch, Bar No. 21208
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
mticatch@islerdare.com
*Attorney for Defendant*
*Enterprise RAC Company of Maryland, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of May, 2025, I caused a true and correct copy of the foregoing to be sent by United States and electronic mail to Plaintiff as follows:

    Kenyon Devon Ames
    1021 Elden Street
    Herndon, VA 20170
    kinghallmark@aol.com

    *Pro Se Plaintiff*

*/s/ Micah E. Ticatch*
Micah E. Ticatch, Bar No. 21208
ISLER DARE, P.C.
1945 Old Gallows Road, Suite 650
Vienna, Virginia 22182
(703) 748-2690 (main)
(703) 748 2695 (fax )
mticatch@islerdare.com
*Attorney for Defendant*
*Enterprise RAC Company of Maryland, LLC*