UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,** )<br>)<br> *Plaintiff,* )<br>)<br> v. )<br>)<br>**ENTERPRISE RAC COMPANY** )<br>**OF MARYLAND, LLC** )<br>)<br> *Defendant.* )<br>) | Case No. 8:25-cv-01585-DLB |

**DEFENDANT ENTERPRISE RAC COMPANY
OF MARYLAND, LLC'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendant Enterprise RAC Company of Maryland (hereinafter "Enterprise" or the "Company"), by counsel, hereby moves to dismiss Plaintiff's Complaint in its entirety. Plaintiff's retaliation claim must be dismissed with prejudice because the Occupational Safety and Health Act does not provide a private right of action for retaliation. Furthermore, Plaintiff's claims of race and gender discrimination also must be dismissed because Plaintiff has failed to sufficiently plead facts to make such a claim plausible

WHEREFORE, for the reasons set forth above and in the attached Memorandum in Support, Enterprise respectfully requests that the Court dismiss all claims asserted against it in the Complaint filed by Plaintiff and award such other relief as is just and proper.

Enterprise respectfully request that this honorable Court schedule a hearing on the instant Motion.

Date: May 23, 2025                                                      Respectfully submitted,

                                                                                     */s/ Edward Lee Isler*
                                                                                    Edward Lee Isler, Bar No. 22332
                                                                                    Micah E. Ticatch, Bar No. 21208

                John W. H. Harding
                ISLER DARE, P.C.
                1945 Old Gallows Road, Suite 650
                Vienna, Virginia 22182
                (703) 748-2690 (main)
                (703) 748 2695 (fax )
                eisler@islerdare.com
                mticatch@islerdare,com
                jharding@islerdare.com

                *Attorneys for Defendant*
                *Enterprise RAC Company of Maryland, LLC*

**CERTIFICATE OF SERVICE**

I certify that on this 23rd day of May, 2025, I caused a true and correct copy of the foregoing to be sent by United States and electronic mail to Plaintiff as follows:

>Kenyon Devon Ames
>1021 Elden Street
>Herndon, VA 20170
>kinghallmark@aol.com
>
>*Pro Se Plaintiff*

>  /s/ Edward Lee Isler
> Edward Lee Isler, Bar No. 22332
> ISLER DARE, P.C.
> 1945 Old Gallows Road, Suite 650
> Vienna, Virginia 22182
> (703) 748-2690 (main)
> (703) 748 2695 (fax)
> eisler@islerdare.com
>
> *Attorney for Defendant*
> *Enterprise RAC Company of Maryland, LLC*