UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **KENYON DEVON AMES,**           )<br>                                                          )<br>   *Plaintiff,*                                     )<br>                                                          )<br>   v.                                                   )<br>                                                          )<br>**ENTERPRISE RAC COMPANY**  )<br>**OF MARYLAND, LLC**              )<br>                                                          )<br>   *Defendant.*                                 )<br>                                                          ) | Case No.  8:25-cv-01585-DLB |

## PROPOSED ORDER

Upon consideration of Defendant Enterprise RAC Company of Maryland, LLC's Motion to Dismiss and Memorandum in Support thereof ("Motion"), it is hereby:

ORDERED that, for good cause, the Motion is GRANTED; and it is further;

ORDERED that this action is dismissed in its entirety.

Dated: _____, 2025

_____
The Honorable Deborah L Boardman
Judge, USDC for the District of Maryland