**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Dismiss and Plaintiff's Response in Opposition thereto, it is hereby:

ORDERED that Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART;

ORDERED that Plaintiff's federal discrimination claims are DISMISSED for failure to exhaust administrative remedies;

ORDERED that Plaintiff's Maryland common law retaliation claim shall PROCEED; and

ORDERED that this Court shall RETAIN jurisdiction over the remaining state law claim pursuant to 28 U.S.C. § 1367.

SO ORDERED.

Dated: _____, 2025

_____

The Honorable Deborah L. Boardman

United States District Judge