IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

KENYON DEVON AMES,

Plaintiff,

v.                     Civil Action No.: 8:25-cv-01585-DLB

ENTERPRISE RAC COMPANY OF

MARYLAND, LLC,

Defendant.

_____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2025, a true and correct copy of the foregoing **Plaintiff's Response in Opposition to Defendant's Motion to Dismiss** was served via email upon:

Edward Lee Isler

IslerDare PC

1945 Old Gallows Road, Suite 650

Tysons Corner, VA 22182

Email: eisler@islerdare.com

**Counsel for Defendant**

Respectfully submitted,

1

/s/ Kenyon Devon Ames

**Kenyon Devon Ames**

Pro Se Plaintiff

1021 Elden Street

Herndon, VA 20170

Email: kinghallmark@aol.com

Phone: (240) 750-8040