CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

BALTIMORE MD 212   NEOPOST   FIRST-CLASS MAIL
27 MAY 2025PM 1 L   05/27/2025
US POSTAGE   $000.50⁰

ZIP 21201
041M11464066

Kenyon Devon Ames
1021 Elden Street
Herndon, VA 20170



NIXIE       231    FE 1          0006/06/25
              RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD

BC: 21201260599       *2127-03820-27-44



FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 11 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY