CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

FIRST-CLASS MAIL
05/16/2025
US POSTAGE $000.50
ZIP 21201
041M11464066

Kenyon Devon Ames
1021 Elden Street
Herndon, VA 20170

NIXIE    231  5E 1    0206/08/25
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD
BC: 21201260599        *0892-02682-03-21

_____ ENTERED
_____ LODGED _____ RECEIVED

JUN 18 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND