IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

KENYON DEVON AMES,

Plaintiff,

v.

Civil Action No.: 8:25-cv-01585-DLB

ENTERPRISE RAC COMPANY

OF MARYLAND, LLC,

Defendant.

PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS ELECTRONICALLY

COMES NOW, Plaintiff Kenyon Devon Ames, proceeding pro se, and respectfully moves this Honorable Court for permission to file documents electronically through the Court's CM/ECF electronic filing system.

In support of this Motion, Plaintiff states:

1. Plaintiff is currently filing documents in paper form.

2. Plaintiff requests permission to use the Court's CM/ECF system to ensure timely and efficient submission of filings.

3. Plaintiff has an active PACER account and has access to a computer, scanner, and reliable internet.

4. Plaintiff is able and willing to comply with all CM/ECF rules, procedures, and formatting requirements set forth by the District of Maryland.

5. Granting this Motion will promote judicial efficiency, reduce delays, and allow Plaintiff to more effectively manage filings in this case.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Leave to File Documents Electronically and permit Plaintiff to use the CM/ECF system in this matter, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

*Kenyon Devon Ames*

Kenyon Devon Ames

Pro Se Plaintiff

1021 Elden Street

Herndon, VA 20170

kinghallmark@aol.com

240-750-8040

Date: 11/25/2025

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

KENYON DEVON AMES,

Plaintiff,

v.                    Civil Action No.: 8:25-cv-01585-DLB

ENTERPRISE RAC COMPANY OF

MARYLAND, LLC,

Defendant.

_____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2025, a true and correct copy of the foregoing **Plaintiff's Motion for Leave to File Documents Electronically** was served via email upon:

Edward Lee Isler

IslerDare PC

1945 Old Gallows Road, Suite 650

Tysons Corner, VA 22182

Email: eisler@islerdare.com

\*\*Counsel for Defendant\*\*

Respectfully submitted,

/s/ Kenyon Devon Ames

\*\*Kenyon Devon Ames\*\*

Pro Se Plaintiff

1021 Elden Street Herndon, VA 20170

Email: kinghallmark@aol.com

Phone: (240) 750-8040