IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

GREENBELT DIVISION

KENYON DEVON AMES,

Plaintiff,

v.

Civil Action No.: 8:25-cv-01585-DLB

ENTERPRISE RAC COMPANY

OF MARYLAND, LLC,

Defendant.

PROPOSED ORDER

Upon consideration of Plaintiff's Motion for Leave to File Documents Electronically, it is hereby:

ORDERED, that Plaintiff is GRANTED permission to file documents electronically through the Court's CM/ECF system in the above-captioned matter; and it is further

ORDERED, that the Clerk shall provide Plaintiff with the appropriate CM/ECF registration instructions.

SO ORDERED.

_____

Hon. Deborah L. Boardman

United States District Judge

Date: _____