IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KENYON DEVON AMES,** | * | |
| Plaintiff, | * | |
| v. | * | Civ. No. DLB-25-1585 |
| **ENTERPRISE RAC COMPANY OF MARYLAND LLC,** | * | |
| | * | |
| Defendant. | * | |

**ORDER**

For the reasons stated in the memorandum opinion issued today, it is this 25th day of November, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Enterprise RAC Company of Maryland LLC's motion to dismiss, ECF 10, IS GRANTED as follows:

    a. Kenyon Devon Ames's claims of retaliation in violation of the Occupational Safety and Health Act of 1970, 29 U.S.C. § 651 *et seq.*, and of gender-based discrimination in violation of 42 U.S.C. § 1981, ARE DISMISSED with prejudice;

    b. All other claims ARE DISMISSED without prejudice;

2. The Clerk SHALL PROVIDE a copy of the memorandum opinion and a copy of this Order to Ames and to counsel of record; and

3. The Clerk SHALL CLOSE this case.

_____
Deborah L. Boardman
United States District Judge